**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James Joseph Lewis** | Social Security number or ITIN **xxx–xx–5648** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case case filed for chapter **7   3/2/16** |
| Case number: | **16–80497** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James Joseph Lewis | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1028 Minns Drive, Apt. B<br>Machesney Park, IL 61115 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel A Springer<br>Springer Law Firm<br>2222 E State St<br>Suite 107<br>Rockford, IL 61104 | Contact phone 815.312.4725<br>Email: spr03001@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Bernard J Natale<br>Bernard J. Natale, Ltd.<br>Edgebrook Office Center<br>1639 N Alpine Rd<br>Suite 401<br>Rockford, IL 61107 | Contact phone 815–964–4700<br>Email: natalelaw@bjnatalelaw.com |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Western Division 327 South Church Street Rockford, IL 61101 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 3/2/16 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 21, 2016 at 11:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **308 West State Street, Room 40, Rockford, IL 61101** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/20/16** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
Case 16-80497   Doc 8    Filed 03/02/16   Entered 03/04/16 23:33:57    Desc Imaged
                         Certificate of Notice    Page 3 of 4
```

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 16-80497-TML
James Joseph Lewis                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3         User: kkrystave           Page 1 of 2           Date Rcvd: Mar 02, 2016
                             Form ID: 309A             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2016.
```
db          +James Joseph Lewis,   1028 Minns Drive, Apt. B,   Machesney Park, IL 61115-2108
tr          +Bernard J Natale,   Bernard J. Natale, Ltd.,   Edgebrook Office Center,   1639 N Alpine Rd,
              Suite 401,   Rockford, IL 61107-1440
24276173    +Enhanced Recovery Company,   Attn: Bankruptcy Dept.,   PO Box 57547,
              Jacksonville, FL 32241-7547
24276174    +Equifax,   PO Box 740256,   Atlanta, GA 30374-0256
24276175    +Experian,   PO Box 4500,   Allen, TX 75013-1311
24276177    +Kindra King,   1028 Minns Drive, Apt. B,   Machesney Park, IL 61115-2108
24276178    +Mutual Management Services Co., LLC,   7177 Crimson Ridge Dr., Suite 10,   PO Box 8740,
              Rockford, IL 61126-8740
24276183    +The Cash Store/ Cottonwood Fin.,   Attn: Bankruptcy Dept,   1901 Gateway Drive Suite 200,
              Irving, TX 75038-2425
24276185    +TransUnion,   555 West Adams Street,   Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: spr03001@gmail.com Mar 03 2016 01:19:50     Daniel A Springer,   Springer Law Firm,
              2222 E State St,   Suite 107,   Rockford, IL  61104
tr          +EDI: QBJNATALE.COM Mar 03 2016 00:33:00      Bernard J Natale,   Bernard J. Natale, Ltd.,
              Edgebrook Office Center,   1639 N Alpine Rd,   Suite 401,   Rockford, IL 61107-1440
24276171    +EDI: WFNNB.COM Mar 03 2016 00:33:00      Comenity Bank/Meijer,   Attn: Bankruptcy Dept.,
              PO Box 182789,   Columbus, OH 43218-2789
24276172    +E-mail/Text: aquist@creditorsprotection.com Mar 03 2016 01:22:35
              Creditors Protection Service,   Attn: Bankruptcy Dept.,   PO Box 4115,
              Rockford, IL 61110-0615
24276176    +EDI: IIC9.COM Mar 03 2016 00:33:00      IC Systems Collections,   Attn: Bankruptcy Dept.,
              PO Box 64378,   Saint Paul, MN 55164-0378
24276181     EDI: AGFINANCE.COM Mar 03 2016 00:33:00      Springleaf Financial Services,   6412 N. 2nd Street,
              Loves Park, IL 61111
24276182     EDI: AGFINANCE.COM Mar 03 2016 00:33:00      Springleaf Financial Services,   P.O Box 3251,
              Evansville, IN 47731
24276179    +EDI: SECFIN.COM Mar 03 2016 00:34:00      Security Finance,   3618 East State Street,
              Rockford, IL 61108-1916
24276180    +EDI: SECFIN.COM Mar 03 2016 00:34:00      Security Finance Corporation,   Attn: Bankruptcy Dept.,
              PO Box 3146,   Spartanburg, SC 29304-3146
24276184    +EDI: TFSR.COM Mar 03 2016 00:34:00      Toyota Motor Credit Co,   Attn: Bankruptcy Dept.,
              1111 W 22nd St. Ste 420,   Oak Brook, IL 60523-1959
24276186    +EDI: WABK.COM Mar 03 2016 00:33:00      World Finance Company,   PO Box 6429,
              Greenville, SC 29606-6429
24276186    +E-mail/PDF: bk@worldacceptance.com Mar 03 2016 01:13:00      World Finance Company,
              PO Box 6429,   Greenville, SC 29606-6429
24276187    +EDI: WABK.COM Mar 03 2016 00:33:00      World Finance Corporation,   Attn: Bankruptcy Dept.,
              2570 Charles St.,   Rockford, IL 61108-1652
24276187    +E-mail/PDF: bk@worldacceptance.com Mar 03 2016 01:13:22      World Finance Corporation,
              Attn: Bankruptcy Dept.,   2570 Charles St.,   Rockford, IL 61108-1652
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: Mar 02, 2016
                              Form ID: 309A                Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2016 at the address(es) listed below:
         Bernard J Natale   natalelaw@bjnatalelaw.com, bnatale@ecf.epiqsystems.com
         Daniel A Springer   on behalf of Debtor 1 James Joseph Lewis spr03001@gmail.com, ecfspringerlaw@gmail.com
         Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov

                                                              TOTAL: 3