Certificate Number: 14912-ILN-DE-027316310

Bankruptcy Case Number: 16-80497



14912-ILN-DE-027316310

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 20, 2016</u>, at <u>6:40</u> o'clock <u>PM EDT</u>, <u>James Lewis</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:  <u>April 20, 2016</u>          By:   <u>/s/Jai Bhatt</u>

                              Name:  <u>Jai Bhatt</u>

                              Title:   <u>Counselor</u>